# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Diane Booth, James Booth | 05-4013Y FDS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Anthony Salerno | IN HAND |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Anthony Salerno, Esq

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
316 Main St, Worcester, MA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Christopher Hug, Esq
PO Box 961237
Boston, MA 02196

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

SERVE IN HAND

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (617) 227-0400
DATE: 9/8/05

2005 SEP 12 A 9: [illegible]
RECEIVED U.S. MARSHALS SERV WORCESTER, MA

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 038 | No. 038 | Ruth E May | 9-12-05 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Denise House - Para Legal

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 9/13/05    Time: 11 ℯ am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____  MASSACHUSETTS  _____

DIANE BOOTH and
JAMES BOOTH,
    Plaintiffs

V.

WILLIAM F. SCANNELL, JR., ESQ.
ANTHONY SALERNO, ESQ. and
SCANNELL AND SALERNO,
    Defedants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05-40134 FDS**

TO: (Name and address of Defendant)

ANTHONY SALERNO, ESQ.
316 MAIN STREET
WORCESTER, MA 01608

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CHRISTOPHER N. HUG, ESQ.
LAW OFFICE OF CHRISTOPHER N. HUG
P.O. BOX 961237
BOSTON, MA 02196

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**          _August 10, 2005_
CLERK                                           DATE

_/s/ Kathleen Nassuti_
(By) DEPUTY CLERK