U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Diane Booth, James Booth | COURT CASE NUMBER: 05-40134 FDS |
| DEFENDANT: Scannell & Salerno | TYPE OF PROCESS: In Hand |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Scannell & Salerno, Anthony Salerno

**AT** ADDRESS: 316 Main St, Worcester, MA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Christopher Hug, Esq.  
PO Box 961237  
Boston, MA 02196

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve Atty Anthony Salerno in hand

RECEIVED U.S. MARSHALS SERVICE WORCESTER, MA 2005 SEP 12 A 9:46

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT  
TELEPHONE NUMBER: (617) 227-0400  
DATE: 9-8-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 038 | District to Serve No. 038 | Signature of Authorized USMS Deputy or Clerk: Ruth E. May | Date: 9/12/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Denise Houle - Paralegal

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 9/13/05  Time: 11:00 am/pm  
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | | | | | | |

REMARKS:

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

DIANE BOOTH and
JAMES BOOTH,
    Plaintiffs

V.

WILLIAM F. SCANNELL, JR., ESQ.,
ANTHONY SALERNO, ESQ. and
SCANNELL AND SALERNO,
    Defendants

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**05-40134 FDS**

TO: (Name and address of Defendant)

SCANNELL AND SALERNO
316 MAIN STREET
WORCESTER, MA 01608

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CHRISTOPHER N. HUG, ESQ.
LAW OFFICE OF CHRISTOPHER N. HUG
P.O BOX 961237
BOSTON, MA 02196

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**                                August 10, 2005
CLERK                                                          DATE

_/s/ illegible_
(By) DEPUTY CLERK