**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Diane Booth, James Booth | COURT CASE NUMBER: 05-40134 FDS |
| DEFENDANT: William F. Scannell, JR | TYPE OF PROCESS: In Hand / Last + Usual |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
William F. Scannell JR

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
75 Park Ave, Unit 7, Worcester, MA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Christopher Hug, ESQ
PO Box 961257
Boston, MA 02196

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

※ Serve In Hand or Last + Usual

RECEIVED U.S. MARSHALS SERVICE WORCESTER, MA — 2005 SEP 12 A

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (617) 227-0463
DATE: 9-8-05

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 038 | District to Serve No. 038 | Signature of Authorized USMS Deputy or Clerk: Ruth E May | Date: 9-12-05 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 9/21/05   Time: 12:15 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $135.00 | $6.57 | | 141.57 | | $141.57 |

REMARKS:
9/13 - No answer 10ᵃᵐ
9/14 - No answer 1ᵖᵐ
※ - Left @ Last + Usual address

PRIOR EDITIONS MAY BE USED          **1. CLERK OF THE COURT**          FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

DIANE BOOTH and
JAMES BOOTH,
    Plaintiffs

V.

WILLIAM F. SCANNELL, JR., ESQ.,
ANTHONY SALERNO, ESQ. and
SCANNELL AND SALERNO,
    Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05-40134 FDS**

TO: (Name and address of Defendant)

WILLIAM F. SCANNELL, JR., ESQ.
79 Park Avenue, Unit 7
WORCESTER, MA 01608

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CHRISTOPHER N. HUG, ESQ.
LAW OFFICE OF CHRISTOPHER N. HUG
P.O. Box 961237
BOSTON, MA 02196

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**
CLERK

DATE August 19, 2005

(By) DEPUTY CLERK