UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, SS                                    CIVIL ACTION NO.: 05-40134 FDS

*******************************************

DIANE BOOTH and JAMES BOOTH,
       Plaintiffs,
v.

WILLIAM F. SCANNELL, JR., ESQ.;
ANTHONY SALERNO, ESQ. and
SCANNELL AND SALERNO,
       Defendants.

*******************************************

### PLAINTIFF, DIANE BOOTH'S AND JAMES BOOTH'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

Now come the Plaintiffs, Diane Booth and James Booth and herewith dismiss all counts and causes of action against the Defendants, Anthony Salerno and Scannell and Salerno, including Counts II, III, V, VI, VIII, IX, XI, XII.

                                              Respectfully submitted,
                                              Diane Booth and James Booth
                                              By their attorney,

                                              Christopher N. Hug, Esq.
                                              BBO #: 546960
                                              The Law Office of
                                               Christopher N. Hug
                                              P.O. Box 961237
                                              Boston, MA 02196

Dated: September 27, 2005

## CERTIFICATE OF SERVICE

I, Christopher N. Hug, Esquire, hereby certify that I have this day mailed, postage prepaid, a copy of the within document, directed to:

Anthony Salerno, Esquire
316 Main Street
Worcester, MA 01608

**Signed under the pains and penalties of perjury, this 27th day of September 2005.**

_____
Christopher N. Hug, Esq.