UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Diane Booth and James Booth,**
      **Plaintiffs,**

                              CIVIL ACTION
                              NO. 05- 40134-FDS
      V.

**William F. Scannell, Jr.,**
      **Defendant,**

## NOTICE OF DEFAULT

  Upon application of the Plaintiffs, Diane Booth and James Booth for an order of default for failure of the Defendant, William F. Scannell, Jr., to plead or otherwise defend as provided By Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 5th day of January 2006.

                                          SARAH THORNTON, CLERK

                                          By:  /s/ Martin Castles
                                                 Deputy Clerk