UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANE BOOTH AND JAMES BOOTH, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WILLIAM SCANNELL, JR., )<br>)<br>Defendant. )<br>) | Civil Action No.<br>05-40134-FDS |

### SWORN AFFIDAVIT OF CHRISTOPHER N. HUG

Now comes plaintiffs' counsel, Attorney Christopher N. Hug, and herewith states, under the pains and penalties of perjury as follows:

1. The sole defendant in this case is William Scannell, Jr. All of the claims and counts against all other attorneys and law firms (including Attorney Salerno and Scannell & Salerno) were voluntarily dismissed by the plaintiffs on or about September 27, 2005. The ONLY remaining counts are against William Scannell, Jr. individually.

2. The defendant, William Scannell, Jr. is not an infant, is not an incompetent person, and he is not a person in the military service of the United States. Throughout this claim I have had constant telephone contact with him concerning the status of these claims. Mr. Scannell has lived and continues to live at 79 Park Avenue – Unit 7, Worcester, MA 01608. He is aware of this lawsuit and the claims made against him.

3. The plaintiffs have not received any payments in settlement of the claims that they brought in the case against either Anthony Salerno, Esq. or the law firm of Scannell & Salerno, or both. Plaintiffs have not received any compensation, of any kind whatsoever, from any source relative to the claims set forth on the plaintiffs' complaint.

SIGNED UNDER THE PAINS AND PENALITES OF PERJURY

/s/ Christopher Hug
Christopher N. Hug, Esq.
P.O. Box 961237
Boston, MA 02196
Tel. (617) 227-0400

Dated: July 25, 2006