UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Diane Booth and James Booth
              Plaintiff(s)

v.                                                    CIVIL ACTION
                                                      NO. 05-40134-FDS
William F. Scannell, Jr.
              Defendant(s)

## DEFAULT JUDGMENT UNDER FED. R. CIV. P. 55(b)

Saylor, D.J.

    Defendant William F. Scannell, Jr. having failed to plead or otherwise defend in this action and a default having been entered;

    Now, upon application of plaintiffs Diane Booth and James Booth and affidavits demonstrating that defendant owes plaintiff the sum of $564,800.00, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $0.00;

    It is hereby ORDERED, ADJUDGED, AND DECREED that plaintiff recover from defendant William F. Scannell, Jr. the principal amount of $564,800.00, with costs in the amount of $0.00 and prejudgment interest at the rate of 12% from 8/10/05 to 8/1/06 in the amount of $66,082.00, for a total judgment of $630,882.00 with any post-judgment interest as provided by law.

Dated: August 2, 2006

/s/ F. Dennis Saylor
F. Dennis Saylor IV
U.S. District Judge

Note: The post judgment interest rate effective this date is 5.17%.