## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Diane Booth and James Booth**
**Plaintiff(s)**

**v.**

**CIVIL ACTION**
**NO. 05-40134-FDS**

**William F. Scannell, Jr.**
**Defendant(s)**

### AMENDED DEFAULT JUDGMENT UNDER FED. R. CIV. P. 55(b)

**Saylor, D.J.**

Defendant William F. Scannell, Jr. having failed to plead or otherwise defend in this action and a default having been entered;

Now, upon application of plaintiffs Diane Booth and James Booth and affidavits demonstrating that defendant owes plaintiffs the sum of $564,800.00, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred costs in the sum of $0.00;

It is hereby ORDERED, ADJUDGED, AND DECREED that plaintiffs recover from defendant William F. Scannell, Jr. the principal amount of $564,800.00, with costs in the amount of $0.00 and prejudgment interest at the rate of 12% from 8/10/05 to 8/1/06 in the amount of $66,082.00, for a total judgment of $630,882.00 with any post-judgment interest as provided by law.

Dated: August 9, 2006

/s/ F. Dennis Saylor
F. Dennis Saylor IV
U.S. District Judge

Note: The post judgment interest rate effective this date is 5.17%.